

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          *main:* (973) 645-2700
*Newark, NJ 07102*                     *direct:* (973) 297-4390
*brooks.doyne@usdoj.gov*

July 9, 2026

**<u>Via ECF</u>**
The Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Caicedo v. Soto, et al.,* No. 26-cv-5913 (RK)
             **Update on Petitioner's Immigration Proceedings.**

Dear Judge Kirsch:

      This Office represents Respondents in this habeas matter. We write pursuant to the Court's Text Order, ECF No. 4, to provide an update as it relates to Petitioner's immigration proceedings. This Office has been informed by U.S. Immigration Customs Enforcement that Petitioner is no longer in custody. Specifically, on June 19, 2026, an Immigration Judge set bond in the amount of $25,000 and all appeals were waived. Moreover, on June 28, 2026, Petitioner was released on bond. We respectfully ask the Court to close this matter.

                Respectfully submitted,

                ROBERT FRAZER
                UNITED STATES ATTORNEY

      By:    */s/ Brooks E. Doyne*
                BROOKS E. DOYNE
                Assistant U.S. Attorney
                *Attorneys for Respondents*

cc:    Counsel of Record (*via* ECF)

So Ordered this 13th day of July, 2026.

_____
Robert Kirsch, U.S.D.J.